IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAUPT, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE GOODYEAR TIRE & RUBBER COMPANY0: | | NO. 2-2717 |

**O R D E R**

AND NOW, this 1st day of August, it is Ordered that the Rule 16 telephone conference in the above captioned case scheduled on August 6, 2002, has been CANCELLED until further notice from the Court.


ATTEST:                                     or    BY THE COURT


BY:_____            _____
     Carol D. James, Deputy Clerk                   MARY A. McLAUGHLIN,   J.


FAXED FROM CHAMBERS 8/1/02:
   Armin Feldman, Esq.
   Peter J. Deeb, Esq.
   Christine C. McGuigan, Esq.

Civ 12 (9/83)