```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

HAUPT et al                        :       CIVIL ACTION
                                   :
         v.                        :
                                   :
THE GOODYEAR TIRE AND RUBBER CO.   :       NO. 02-2717

## SCHEDULING ORDER

AND NOW, this      day of September, 2002, after a telephone status conference on September 20, 2002, IT IS HEREBY ORDERED that:

1. All discovery shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by Friday, January 31, 2003.

2. Both plaintiff and counterclaim plaintiff shall serve reports of liability expert witnesses and/or respond to expert witness discovery relating to liability at least thirty (30) days before completion of discovery. Plaintiff and counterclaim plaintiff shall serve reports of expert witnesses on damages and/or respond to expert witness discovery relating to damages at least fifteen (15) days before the date for completion of discovery.

3. Both defendant and counterclaim defendant shall serve any reports of liability expert witnesses and/or respond to

expert witness discovery relating to liability on or before the date for completion of discovery.  Defendant and counterclaim defendant shall serve any reports of expert witnesses on damages and/or respond to expert witness discovery relating to damages within eleven (11) days after the date for completion of discovery.

    4.   Any summary judgment motion or other dispositive motion, together with supporting brief, shall be filed on or before Friday, February 21, 2003.

    5.   The Court will hold a final pretrial and settlement conference on Thursday, March 20, 2003, at 4:00 p.m.

    6.   Trial in the matter will commence on Monday, March 31, 2003, at 9:30 a.m.

    7.   All parties shall prepare and file with the Clerk of Court their <u>Pretrial Memoranda</u>, in accordance with this order and Local Rule of Civil Procedure 16.1(c) as follows:

        A.   Plaintiff - fifteen (15) days before the final pretrial conference;

        B.   Defendant - five (5) days before the final pretrial conference.

    8.   At least five (5) working days before the case is listed for trial/placed in the trial pool, each party shall submit to the Court, and serve on each other, two (2) copies of proposed points for charge and any proposed special jury interrogatories. Each point for charge or proposed jury interrogatory shall be

numbered and shall be on a separate sheet of paper identifying the name of the requesting party.  Supplemental points for charge will be permitted during and at the conclusion of the trial.  Points for charge shall be accompanied by appropriate citations of legal authority.

       9.  If a party uses any version of the Word Perfect word processing system, it is urged to provide the Court with a disk containing the proposed points for charge and proposed special jury interrogatories or to send copies of these documents to the Court via electronic mail.

       10.  Before commencement of trial, counsel will pre-mark and exchange all exhibits, and provide the Court with two (2) sets thereof.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.