IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAUPT ET AL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE GOODYEAR TIRE & RUBBER COMPANY | : | NO. 02-2717 |
| | : | |
| | : | |

AMENDED ORDER

      A Settlement Conference in the above-captioned case will be held on Friday, February 14, 2003 at 10:00am before the Honorable Linda K. Caracappa, United States Magistrate Judge, in Room 3042, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

      The Court assumes that settlement of this case is a real possibility, and the Court has set aside the entire day for this conference.  Parties are to remain present until expressly released by the Court.

      **Counsel are directed to have clients with ultimate authority to settle physically PRESENT in the courtroom for the duration of this conference**.[1]

BY THE COURT:

_____
Hon. Linda K. Caracappa
267-299-7640/267-299-5075 Fax

Date: February 4, 2003
cc: Armin Feldman, Esq.
    Peter Deeb, Esq.

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case must attend the conference.  In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend.  Where an insurance company is involved, a representative with ultimate settlement authority is also required to attend.