IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAMAR M. HAUPT and <br> CAROL M. HAUPT, <br> Plaintiffs, <br> <br> v. <br> <br> THE GOODYEAR TIRE & RUBBER COMPANY, <br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | HON. MARY A. McLAUGHLIN <br> <br> CIVIL ACTION NO. 02CV2717 |

## **O R D E R**

AND NOW, this _____ day of _____, 2003, upon consideration of the Plaintiffs' Motion in Limine, and Defendant's response thereto, it is hereby ORDERED and DECREED that Plaintiffs' said Motion in Limine is DENIED and the Defendant is hereby permitted to make reference to the following, whether by cross-examination or by other means:

1. Misstatements of fact contained in Plaintiff, Lamar Haupt's resume with regard to his military history; and

2. Misstatements of fact in Plaintiff, Lamar Haupt's driver logs as to the number of hours worked by Lamar Haupt.

BY THIS COURT:

_____
Hon. Linda K. Carracapa
U.S. Magistrate Judge