**CERTIFICATE OF SERVICE**

I, Peter J. Deeb, Esquire, hereby certify that I served a true and correct copy of the foregoing *Response in Opposition to Motion in Limine and supporting papers*, by first class mail, postage prepaid on May 30, 2003, as follows:

> Armin Feldman, Esquire
> Robert A. Sloan, Esquire
> SLOAN & FELDMAN
> 1528 Walnut Street, Suite 1500
> Philadelphia, PA 19102

/s/

_____
Peter J. Deeb, Esquire
Attorney for Defendant,
The Goodyear Tire & Rubber Co.