## IN THE UNITED STATES DISTRIC COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAMAR M. HAUPT and | : | HON. MARY A. McLAUGHLIN |
| CAROL M. HAUPT, | : | |
|     Plaintiffs, | : | |
| | : | CIVIL ACTION NO. 02CV2717 |
| v. | : | |
| | : | |
| THE GOODYEAR TIRE & RUBBER | : | |
| COMPANY, | : | |
|     Defendant. | : | |

## **VERDICT FORM**[1]

By answering the following questions, you will determine the damages, if any, that Plaintiffs sustained as a result of the incident in question.

1. What is the amount of any damages sustained for medical expenses, lost earnings or earning ability in the past?    $_____

2. What is the amount of any future damages for medical expenses, and lost earning ability to be sustained in future years?

    a. Total damages over future years
       $_____

    b. The number of years over which those future damages are intended to provide compensation
       _____

    c. What is the present value of those future damages?    $_____

3. You may award non-economic damages only if you find that Mr. Haupt suffered a permanent injury as a result of the incident in question. If you find that Mr. Haupt did not suffer a permanent injury, enter a -0- in the lines provided for 3a and 3b.

---

[1] See Florida Standard Jury Instructions for Civil Cases, Model Form of Verdict Itemizing Personal Injury Damages.

What is the amount of any damages for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a disease or physical defect or loss of capacity for the enjoyment of life?

    a.    in the past? $_____

    b.    in the future? $_____

TOTAL DAMAGES OF LAMAR M. HAUPT
(add lines 1, 2c, 3a and 3b) $_____

4. What is the amount of any damages, if any, sustained by Mrs. Haupt in the loss of her husband's services, comfort, society and attentions?

    a.    in the past? $_____

    b.    in the future? $_____

TOTAL DAMAGES OF CAROL M. HAUPT $_____