IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMAR M. HAUPT, and : | |
| CAROL M. HAUPT : | CIVIL ACTION |
| : | |
| v. : | |
| : | |
| THE GOODYEAR TIRE & RUBBER : | |
| COMPANY : | NO. 02-2717 |

## ORDER

**AND NOW**, this 9th day of June, 2003, in order to resolve and rule on certain motions in limine filed in anticipation of trial before the undersigned as consented to by the parties, it is hereby **ORDERED** :

1. Upon consideration of Plaintiffs' Motion In Limine (Document #19), together with the Response of Defendant in Opposition (Document #22), and after oral argument heard, Plaintiffs' Motion In Limine is **GRANTED** in its entirety;

2. Upon consideration of Defendant's Motion In Limine (Document # 20), together with Answer of Plaintiff in Opposition (Document #24), and after oral argument and review of the pertinent deposition transcript by the court, Defendant's Motion in Limine is **DENIED** in its entirety, without prejudice to Defendant's right to raise similar objection at time of trial.

BY THE COURT:

_____
Linda K. Caracappa, U.S.M.J.