IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAMAR M. HAUPT, and** : | |
| **CAROL M. HAUPT** : | **CIVIL ACTION** |
| : | |
| v. : | |
| : | |
| **THE GOODYEAR TIRE & RUBBER** : | |
| **COMPANY** : | **NO. 02-2717** |

### ORDER OF JUDGMENT

And now, this 12th day of June 2003, upon return of the verdict of the jury in open court on June 11, 2003, duly recorded, it is hereby ORDERED as follows:

1. Judgement is entered **IN FAVOR OF PLAINTIFF**, Lamar M. Haupt, and **AGAINST DEFENDANT**, The Goodyear Tire and Rubber Company in the total amount of Two Hundred Seventy Five Thousand Dollars **($275,000.00);**

and, additionally,

2. Judgement is entered **IN FAVOR OF PLAINTIFF**, Carol M. Haupt, and **AGAINST DEFENDANT**, The Goodyear Tire and Rubber Company, in the total amount of Seventy Five Thousand Dollars **($75,000).**

By the Court:

_____
Linda K. Caracappa, U.S.M.J.