## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAMAR M. HAUPT and | : | HON. LINDA K. CARACAPPA |
| CAROL M. HAUPT, | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION NO. 02CV2717 |
| v. | : | |
| | : | |
| THE GOODYEAR TIRE & RUBBER COMPANY, | : | |
| | : | |
| Defendant. | : | |

### ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of the Motion of Defendant Goodyear Tire & Rubber Company for reconsideration of the Court's denial of Defendant's Motion for Judgment as a Matter of Law and New Trial pursuant to Rule 50(b) of the Federal Rules of Civil Procedure, and any response thereto, it is hereby ORDERED that Defendant's Motion for Reconsideration is GRANTED. The Court shall reconsider Defendant's Rule 50(b) Motion upon further briefing by the parties pursuant to a briefing schedule to be set by the Court.

_____
The Honorable Linda K. Caracappa