**CERTIFICATE OF SERVICE**

I, Peter J. Deeb, Esquire, hereby certify that I served a true and correct copy of the foregoing Motion for Reconsideration of Defendant Goodyear Tire & Rubber Company by hand delivery on July 17, 2003, as follows:

>Robert A. Sloan, Esquire
>SLOAN & FELDMAN
>1528 Walnut Street, Suite 1500
>Philadelphia, PA 19102

/s/

_____
Peter J. Deeb, Esquire
Attorney for Defendant,
The Goodyear Tire & Rubber Co.