**IN THE UNITED STATES DISTRIC COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LAMAR M. HAUPT and | : | HON. MARY A. McLAUGHLIN |
| CAROL M. HAUPT, | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION NO. 02-CV-2717 |
| v. | : | |
| | : | |
| THE GOODYEAR TIRE & RUBBER | : | **NOTICE OF APPEAL** |
| COMPANY, | : | |
| Defendant. | | |

Notice is hereby given that the Defendant in the above named case, The Goodyear Tire & Rubber Company, hereby appeals to the United States Court of Appeals for the Third Circuit from the denial of the Defendant's Renewed Motion for Judgment for Judgment After Trial, Motion for New Trial and final judgment entered on the 17th day of June, 2003.

Respectfully submitted,

/S/

By: _____
Peter J. Deeb, Esquire
FREY, PETRAKIS, DEEB, BLUM,
BRIGGS & MITTS, P.C.
1601 Market St., Suite 2600
Philadelphia, PA 19103
(215) 563-0500

Dated:_____

## CERTIFICATE OF SERVICE

I, Peter J. Deeb, Esquire, hereby certify that I served a true and correct copy of the

foregoing Notice of Appeal of the Defendant, The Goodyear Tire & Rubber Company,

by first class mail, postage prepaid on July 17, 2003, as follows:

Armin Feldman, Esquire
Robert A. Sloan, Esquire
SLOAN & FELDMAN
1528 Walnut Street, Suite 1500
Philadelphia, PA 19102

/S/

_____
PETER J. DEEB, ESQUIRE