IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMAR M. HAUPT, and<br>CAROL M. HAUPT | :<br>: CIVIL ACTION<br>: |
| v. | :<br>: |
| THE GOODYEAR TIRE & RUBBER<br>COMPANY | :<br>: NO. 02-2717 |

### ORDER

**AND NOW**, this 21st day of July 2003, upon consideration of the <u>Motion For Reconsideration of Defendant Goodyear Tire & Rubber Company's Motion for Judgment as a Matter of Law and New Trial pursuant to Rule 50 (b) of the Federal Rules of Civil Procedure</u> (Document Number    ), and upon recognition of the requirements of Federal Rules of Civil Procedure 50(b), 50(c)(2), and 59(b), all of which are applicable to the motion at hand, it is hereby **ORDERED** that said motion is **DENIED**.

BY THE COURT:

_____
Linda K. Caracappa, U.S.M.J.